UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATED OF AMERICA,<br><br>                            Plaintiff,<br><br>v.<br><br>JOSE GUADALUPE DELGADO-VILLA,<br><br>                            Defendant. | Case No.:  18cr4160-JAH<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTIONS IN LIMINE HEARING AND TRIAL** |
|---|---|

Pending before the parties' joint motion to continue the Motions *in Limine* hearing and the trial date. *See* Doc. No. 91.

Having reviewed the joint motion submitted by the parties, and good cause appearing, IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The Motions *in Limine* hearing set for June 15, 2020, is VACATED and will be continued to July 13, 2020, at 11:30 am. The trial presently set for July 7, 2020, is VACATED. A new trial date will be selected at the Motions *in Limine* hearing.

**IT IS SO ORDERED.**

DATED: June 12, 2020

_____
Hon. John A. Houston
United States District Judge

1